UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL PERRONE, as a participant in and on behalf of the Johnson & Johnson Savings Plan, and on behalf of a class of all others who are similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>JOHNSON & JOHNSON, PETER FASOLO, DOMINIC J. CARUSO, and JOHN DOES 1-20,<br><br>*Defendants.* | Civil Action No.: 19-00923 (FLW)(TJB) |
| TOM TARANTINO and ROCHELLE ROSEN, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>JOHNSON AND JOHNSON PENSION AND BENEFITS COMMITTEE, PETER FASOLO, and JOHN DOES 1-10,<br><br>*Defendants.* | Civil Action No.: 19-1115 (FLW)(TJB)<br><br>~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE ACTIONS |

Based on Plaintiffs' Unopposed Motion to Consolidate Actions Pursuant to Fed. R. Civ. P. 42(a), filed on February 15, 2019, and any arguments related thereto, it is hereby ORDERED that:

1. The Plaintiffs' Unopposed Motion to Consolidate Actions Pursuant to Fed. R. Civ. P. 42(a) is GRANTED in its entirety;

2. The Complaint in the action captioned *Michael Perrone v. Johnson & Johnson, et al.*, No. 3:19-cv-00923-FLW-TJB (D.N.J.) (the "Perrone Action") asserts substantially

identical claims, on behalf of the same class of participants and beneficiaries in the Johnson & Johnson Savings Plan, as the Complaint in the later filed action, which is captioned *Tom Tarantino, et al. v. Johnson and Johnson Pension and Benefits Committee, et al.*, No. 3:19-cv-01115-FLW-TJB (D.N.J.) (the "Tarantino Action");

3. The Perrone Action and the Tarantino Action are hereby designated by the Court as related actions;

4. The Perrone Action and the Tarantino Action are hereby Consolidated for all purposes;

5. Plaintiffs shall file a Consolidated Class Action Complaint within thirty (30) days of the entry of this Order;

6. Defendants shall file a response to the Consolidated Class Action Complaint no later than forty-five (45) days after the filing of the Consolidated Class Action Complaint; and

7. If Defendants respond to the Consolidated Class Action Complaint by way of a motion pursuant to Fed. R. Civ. P. 12, Plaintiffs' shall have forty-five (45) days to file a response in opposition to Defendants' motion, and Defendants shall have twenty-eight (28) days to file a reply.

IT IS SO ORDERED on this 20th day of June, 2019.

_____
Honorable Freda L. Wolfson, U.S. D.J.

\* These actions shall be referred to herein as the "Consolidated Actions." The Consolidated Actions shall bear the lead docket caption Michael Perrone v. Johnson & Johnson, et al., 19-0923 (FLW)(TJB)