Keith J. Miller, Esq.
ROBINSON MILLER LLC
110 Edison Place, Suite 302
Newark, New Jersey 07102
(973) 690-5400
kmiller@rwmlegal.com

Walter C. Carlson (admitted *pro hac vice*)
Mark Blocker (admitted *pro hac vice*)
Kristen R. Seeger (admitted *pro hac vice*)
Christopher Y. Lee (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
(312) 853-7000

*Attorneys for Defendants Johnson & Johnson,
Peter Fasolo, and Dominic J. Caruso*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL PERRONE, TOM TARANTINO and ROCHELLE ROSEN, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOHNSON & JOHNSON, PETER FASOLO, DOMINC J. CARUSO, and JOHN DOES 1-20, <br><br> *Defendants*. | CIVIL NO. 19-cv-00923 (FLW) <br><br> **DEFENDANTS' NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT AND TO STRIKE THE JURY DEMAND** <br><br> ORAL ARGUMENT REQUESTED |

PLEASE TAKE NOTICE that, on August 8, 2020, the undersigned attorneys for defendants Johnson & Johnson, Peter Fasolo, and Dominic J. Caruso shall move for an Order dismissing the Amended Complaint and striking the jury demand.

PLEASE TAKE FURTHER NOTICE that the undersigned shall rely upon the accompanying brief and Certification of Keith J. Miller in support of the motion. A proposed form of Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

Dated:  July 30, 2020

Walter C. Carlson
Mark Blocker
Kristen R. Seeger
Christopher Y. Lee
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
(312) 853-7000

Respectfully Submitted,

/s/ *Keith J. Miller*
Keith J. Miller, Esq.
Robinson Miller LLC
110 Edison Place, Suite 302
Newark, New Jersey 07102
(973) 690-5400
kmiller@rwmlegal.com

*Attorneys for Defendants Johnson & Johnson, Peter Fasolo, and Dominic J. Caruso*

3

**CERTIFICATION OF SERVICE**

      I certify that on July 30, 2020, I caused a copy of the attached Notice of Motion and the documents referenced therein to be filed and served on counsel of record via the Court's electronic filing system.

                                                */s/ Keith J. Miller*