Keith J. Miller, Esq.
ROBINSON MILLER LLC
110 Edison Place, Suite 302
Newark, New Jersey 07102
(973) 690-5400
kmiller@rwmlegal.com

Walter C. Carlson (admitted *pro hac vice*)
Mark Blocker (admitted *pro hac vice*)
Kristen R. Seeger (admitted *pro hac vice*)
Christopher Y. Lee (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
(312) 853-7000

*Attorneys for Defendants Johnson & Johnson,
Peter Fasolo, and Dominic J. Caruso*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL PERRONE, TOM TARANTINO and ROCHELLE ROSEN, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOHNSON & JOHNSON, PETER FASOLO, DOMINC J. CARUSO, and JOHN DOES 1-20, <br><br> *Defendants*. | CIVIL NO. 19-cv-00923 (FLW) <br><br> **[PROPOSED] ORDER** |

This matter having come before the Court by way of an Amended Complaint; and defendants Johnson & Johnson, Peter Fasolo, and Dominic J. Caruso having filed a Motion to Dismiss; and the Court having considered the motion papers and heard the oral argument of counsel; and for good cause shown;

IT IS ON THIS _____ day of _____, 2020

ORDERED that Defendants' Motion to Dismiss the Amended Complaint is hereby GRANTED and the case is dismissed with prejudice as to all defendants.

_____

Hon. Freda L. Wolfson, U.S.D.J.