## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MICHAEL PERRONE, TOM TARANTINO, and ROCHELLE ROSEN<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON, *et al.*,<br><br>Defendants. | Civil Action No.: 19-00923 (FLW)<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court by Keith J. Miller, Esq., counsel for defendants Johnson & Johnson, Peter Fasolo, and Dominic Caruso (collectively, "Defendants") on a Motion to Dismiss the Amended Consolidated Class Action Complaint filed by plaintiffs Michael Perrone, Tom Tarantino, and Rochelle Rosen (collectively, "Plaintiffs"), pursuant to Federal Rule of Civil Procedure 12(b)(6); it appearing that Plaintiffs, through their counsel, Joseph J. DePalma, Esq., oppose Defendants' Motion; the Court having considered the submissions of the parties without oral argument pursuant to Fed. R. Civ. P. 78; for the reasons set forth in the Opinion filed on this date, and for good cause shown,

**IT IS** on this 26th day of February, 2021,

**ORDERED** that Plaintiffs' Complaint is dismissed without prejudice with the right to file an amended complaint, consistent with the Opinion, within 30 days.

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson
U.S. Chief District Judge