# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL PERRONE, as a participant in and on behalf of the Johnson & Johnson Savings Plan, and on behalf of a class of all others who are similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>JOHNSON & JOHNSON, PETER FASOLO, DOMINIC J. CARUSO, and JOHN DOES 1-20,<br><br>*Defendants*. | Civil Action No.: 19-0923 (FLW)(TJB)<br><br>**FINAL JUDGMENT AND ORDER OF DISMISSAL** |

**WHEREAS**, on February 26, 2021, this Court granted Defendants' motion to dismiss the Amended Complaint filed by plaintiffs Michael Perrone, Tom Tarantino, and Rochelle Rosen ("Plaintiffs") without prejudice ("Order") for the reasons set forth in the opinion filed on that date (Dkt. Nos. 47–48);

**WHEREAS**, in lieu of dismissal, the Order granted Plaintiffs thirty (30) days to file an amended complaint (Dkt. No. 48);

**WHEREAS**, on March 26, 2021, the Court signed and placed on the docket a Stipulation and Order submitted by Plaintiffs to extend the deadline to amend by an additional twenty-one (21) days (Dkt. No. 50);

**WHEREAS**, April 19, 2021 is the current deadline for Plaintiffs to file an amended complaint pursuant to the Stipulation and Order;

**WHEREAS**, Plaintiffs have not filed an amended complaint contemplated by the Stipulation and Order and, by letter dated April 13, 2021, have informed the Court that they do not intend to do so within the time allowed; and

871701.2

**WHEREAS**, Plaintiffs have given notice that they intend to stand on the Amended Complaint (Dkt. No. 40) and will not seek to amend.

**NOW THEREFORE**,

**IT IS** on this __14th__ day of __April__, 2021,

**ORDERED** that this action is **DISMISSED** in its entirety with prejudice and without costs.

                                               /s/ Freda L. Wolfson
                                                  Hon. Freda L. Wolfson
                                            United States Chief District Judge