UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-1885
_____

MICHAEL PERRONE; TOM TARANTINO; ROCHELLE ROSEN,
as participants in and on behalf of the Johnson & Johnson Savings Plan,
and on behalf of a class of all others who are similarly situated,
Appellants

v.

JOHNSON & JOHNSON; PETER FASOLO; DOMINIC J. CARUSO;
JOHN DOES 1-20

_____

On Appeal from the United States District Court
For the District of New Jersey
(D.C. Nos. 3-19-cv-00923 and 3-19-cv-01115)
District Judge:  Honorable Freda L. Wolfson
_____

Argued January 20, 2022

Before:   JORDAN, RESTREPO, and SMITH, *Circuit Judges*
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was argued on January 20, 2022.  On consideration whereof,

      It is now hereby ORDERED and ADJUDGED that the order of the District Court entered on April 14, 2021 is hereby AFFIRMED.  All of the above in accordance with the opinion of this Court.  Costs shall be taxes against Appellants.

      ATTEST:

      s/ Patricia S. Dodszuweit
      Clerk

Dated: September 7, 2022